IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT A. KUSMA, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-02960-SHL-tmp |
| ) | |
| C. HARRISON, ) | |
|     Respondent. ) | |

**ORDER DIRECTING CLERK TO SERVE PETITION
PURSUANT TO 28 U.S.C. § 2241 AND MAIL FORM AND
DIRECTING RESPONDENT TO RESPOND TO THE PETITION**

On October 16, 2025, Petitioner Robert A. Kusma, petitioned *pro se* for a writ of habeas corpus under 28 U.S.C. § 2241.[1] (ECF No. 1.) Petitioner paid the habeas filing fee. (ECF No. 4.) The Clerk shall record the Respondent as FCI Memphis Warden C. Harrison.

It is **ORDERED** that the Clerk serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi and William K. Marshall III, Director of the Federal Bureau of Prisons.

It is **ORDERED** that the Clerk mail the parties the form for Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85).

It is **ORDERED** that Respondent file a response to the § 2241 Petition within twenty-eight (28) days. Petitioner may, if he chooses, submit a reply to Respondent's Answer or

---

[1] Petitioner is incarcerated at the Federal Correctional Institution in Memphis, Tennessee. (ECF No. 1 at PageID 1.) His Bureau of Prisons register number is 01376-509. (*Id.* at PageID 7.)

response within twenty-eight (28) days of service.  Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his reply.  The Court will address the merits of the § 2241 Petition, or of any motion filed by Respondent, after the expiration of Petitioner's time to reply, as extended.

    **IT IS SO ORDERED** this 20th day of October, 2025.

                                       s/ Sheryl H. Lipman  
                                       SHERYL H. LIPMAN  
                                       CHIEF UNITED STATES DISTRICT JUDGE